IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTONIO G. BROOKS, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:24-cv-2381 (PTG/IDD) |
| CITY OF ALEXANDRIA PROBATION OFFICE, *et al.*, | ) |
| *Defendant*. | ) |

### ORDER

This matter comes before this Court on Plaintiff's Motion for Injunctive and Declaratory Relief and Other Appropriate Remedies, filed on December 31, 2024. Dkt. 3. Under the Local Rules, "[t]he moving party shall be responsible to set the motion for hearing or to arrange with opposing counsel for submission of the motion without oral argument." E.D. Va. Loc. R. 7(E). Furthermore, "a motion shall be deemed withdrawn if the movant does not set it for hearing (or arrange to submit it without a hearing) within thirty (30) days after the date on which the motion is filed." *Id.* It has been over seven months since Plaintiff filed his Motion, and neither a notice nor waiver of hearing has been filed with the Court.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Injunctive and Declaratory Relief and Other Appropriate Remedies (Dkt. 3) is deemed **WITHDRAWN** without prejudice.

Entered this 17th day of July, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge