FILED: January 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1091
(1:24-cv-02381-PTG-IDD)

_____

ANTONIO GREGORY BROOKS

   Plaintiff - Appellant

v.

CITY OF ALEXANDRIA PROBATION OFFICE; NORTH CAROLINA DEPARTMENT OF CORRECTIONS; UNION COUNTY SUPERIOR COURT; ALEXANDRIA CITY GENERAL DISTRICT COURT; VIRGINIA DEPARTMENT OF CORRECTIONS; ARMY COUNTERINTELLIGENCE; FEDERAL BUREAU OF INVESTIGATION, (FBI)

   Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cv-02381-PTG-IDD |
| Date notice of appeal filed in originating court: | 01/23/2026 |
| Appellant(s) | Antonio Gregory Brooks |
| Appellate Case Number | 26-1091 |
| Case Manager | P. Ballard<br>804-916-2702 |